UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

MICHAEL JAMES OSBORN

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-34    (GHL)

_____    Lionel Lee Hector, Esq.
                                     Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty __ nolo contendere] as to count(s) 1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of Marijuana, in violation of Title 21 United States Code, Section 844(a).

**DATE OFFENSE CONCLUDED:** September 19, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1,000.00 and a special assessment of $25.00. Total amount of the fine and special assessment amounts to $1025.00, payable no later than August 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count Two of the Information is dismissed on motion of the United States.

_____May 15, 2008_____
Date of Imposition of Sentence


_____May 20, 2008_____
DATE SIGNED

                                     _____
                                     George H. Lowe
                                     United States Magistrate Judge